UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA McCLINTON,

       Plaintiff,

v.                                                                                  Case No. 1:11-cv-615
                                                                                    Hon. Hugh W. Brenneman, Jr.
COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further proceedings consistent with the Opinion.

**IT IS SO ORDERED.**


Dated: September 24, 2012                  /s/ Hugh W. Brenneman, Jr.
                                               HUGH W. BRENNEMAN, JR.
                                               United States Magistrate Judge